

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Phillip Leon Worthey, Appellant

No. 06-21-00088-CR      v.

The State of Texas, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. CR19529). Memorandum Opinion delivered by Chief Justice Morriss and Justice Stevens and Justice Carter, *participating.    *Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we vacate the trial court's judgment and dismiss the case.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED JANUARY 11, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk